```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 35606
    DARRELL F CRONE
    KAREN M CRONE                           CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-7163     SSN XXX-XX-7223
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/06/05 and confirmed on 12/16/05.

   2.  The case was dismissed after confirmation, 01/09/2009.

   3.  The Debtor paid a total of $  73975.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | 51280.15 | .00 | 51280.15 |
| CITIMORTGAGE | MORTGAGE ARRE | 10767.27 | .00 | 5796.19 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 7600.00 | 961.91 | 3645.43 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 14700.00 | 1502.65 | 7219.05 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 785.12 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITZENS CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| PIONEER MILITARY LENDING | UNSECURED | NOT FILED | .00 | .00 |
| MILITARY ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE ASSET MGMT | UNSECURED | 67.91 | .00 | .00 |
| STANISLAUS CREDIT | UNSECURED | 120.68 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 896.88 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 2589.90 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| AMERICASH LOANS | UNSECURED | 711.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1145.33 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 964.46 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 1745.07 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 997.16 | .00 | .00 |

              Summary of disbursements:
---

```
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  84347.42        .00      10024.21         .00      94371.63
PRINCIPAL PAID      67940.82        .00           .00         .00      67940.82
INTEREST PAID        2464.56        .00           .00         .00       2464.56
TOTAL PAID          70405.38        .00           .00         .00      70405.38
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2944.00
and was paid $    2678.00   direct and $     266.00   through the plan.

The Trustee received $    3303.62 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE